UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-00700-SPG-E | Date | December 18, 2024 |
| Title | JUAREZ et al. v. T-MOBILE, USA INC. et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

The Court is in receipt of the status reports filed by Plaintiffs Raymond Juarez, Anthony Foster, Roxy Lopez, Sherri Sherwood, and Rachel Galarsa (collectively, "Plaintiffs"), (ECF No. 30), and Defendant T-Mobile USA, Inc., (ECF No. 31), which indicate that no efforts have been made to arbitrate this case. *See* (ECF Nos. 30, 31).

The Court enjoys the inherent power to dismiss for lack of prosecution on its own motion. *See, e.g.*, *Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."). Consistent with that authority, the Court ORDERS Plaintiffs to show cause, in writing, on or before January 3, 2025, why this case should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiffs' response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED.**

                                                                                      :

Initials of Preparer    pg