KRISTY M. BROWN (*Pro Hac Vice*)
kristy.brown@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7584

RACHEL E. K. LOWE (SBN 246361)
rachel.lowe@alston.com
JONATHAN J. KIM (SBN 312145)
jonathan.kim@alston.com
OMAR A. MORQUECHO (SBN 333647)
omar.morquecho@alston.com
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100

Attorneys for Defendant
T-MOBILE USA INC.
(Erroneously sued as T-Mobile, USA Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JUAREZ, an individual; ANTHONY FOSTER, an individual; ROXY LOPEZ, an individual; SHERRI SHERWOOD, an individual; and RACHEL GALARSA, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>T-MOBILE, USA Inc., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:24-cv-00700-SPG-E<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**TO THE UNITED STATES DISTRICT COURT, THE HONORABLE SHERILYN PEACE GARNETT PRESIDING, AND TO THE CLERK OF THE COURT:**

**IT IS HEREBY STIPULATED** by and between the parties to this action, Plaintiffs Raymond Juarez, Anthony Foster, Roxy Lopez, Sherri Sherwood, and Rachel Galarsa (collectively, "Plaintiffs") and Defendant T-Mobile USA, Inc. ("T-Mobile"), through their respective counsel, that the case hereby is dismissed in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure without court order. The claims of the individual plaintiffs are dismissed with prejudice, and any remaining claims of the putative class are dismissed without prejudice. Each side is to bear its own attorneys' fees and costs.

DATED: December 18, 2025

KRISTY M. BROWN, *pro hac vice*
RACHEL E. K. LOWE
JONATHAN J. KIM
OMAR A. MORQUECHO
**ALSTON & BIRD LLP**

By: */s/Jonathan J. Kim*
Jonathan J. Kim
Attorneys for Defendant
T-MOBILE USA, Inc.

DATED: December 18, 2025

CHRISTOPHER R. RODRIGUEZ
TYSON GAMBLE
**SINGLETON SCHREIBER LLP**

By: */s/ Tyson Gamble*
Tyson Gamble
Attorneys for Plaintiffs Raymond Juarez, Anthony Foster, Roxy Lopez, Sherri Sherwood, and Rachel Galarsa

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

By  */s/ Jonathan J. Kim*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

DATED: December 18, 2025

                                              */s/ Jonathan J. Kim*
                                                 Jonathan J. Kim