UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-00700-SPG-E | Date | January 13, 2026 |
| Title | Raymond Juarez et al. v. T-Mobile USA, Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) STIPULATION OF DISMISSAL (JS-06)

The parties jointly filed a stipulation of voluntary dismissal, (ECF No. 39), in which the parties stipulate to dismiss the claims of the individual plaintiffs with prejudice and dismiss the remaining claims of the putative class without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court thus DISMISSES the case, and all pending dates are vacated and taken off calendar. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg